(160 App. Div. 400)

### WALTER et al. v. NOVA REALTY CO. et al.

(Supreme Court, Appellate Division, First Department. January 23, 1914.)

Appeal from Trial Term, New York County.

Action to foreclose a mortgage by Jennie G. Walter against the Nova Realty Company and others. From so much of the judgment as directs a deficiency judgment against the defendant named, defendants appeal. Judgment modified.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Davis, Symmes & Schreiber, of New York City (William B. Symmes, Jr., of New York City, of counsel), for appellants.

Arnstein, Levy & Pfeiffer, of New York City (Samuel Levy, of Schenectady, of counsel, and Reuben Rodecker, of New York City, on the brief), for respondent.

CLARKE, J. The facts are in all respects similar to those in Metzger v. Nova Realty Co. et al., 145 N. Y. Supp. 549, decided herewith; both cases having been tried together. For the reasons stated in the opinion in the last-mentioned case, the judgment should be modified by striking out so much thereof as directs a deficiency judgment against the defendant Nova Realty Company, with costs to the appellant.

Judgment modified as stated in opinion, with costs to appellant. Settle order on notice. All concur.